ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: rlarsen@gordonrees.com
       dgluth@gordonrees.com

*Attorneys for Amber Hills II Homeowners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-01433-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMBER HILLS II HOMEOWNERS' ASSOCIATION TO RESPOND TO COMPLAINT [Doc. 1]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Nationstar Mortgage, LLC ("Plaintiff"), and Defendant Amber Hills II Homeowners' Association ("Amber Hills"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed its Complaint on July 28, 2015 [Doc. 1].

2. Amber Hills was served with process on July 29, 2015 [Doc. 8].

3. Amber Hills' response is due on or about August 19, 2015. (*See* Doc. 8.)

4. However, the parties agree that Amber Hills should be afforded an extension of in which to file a response to the Complaint.

5. Therefore, the parties agree that Amber Hills response to the Complaint is now

1  due on or before August 27, 2015.

2  DATED:  August  14th, 2015.                    DATED:  August  14th, 2015.

3  GORDON & REES LLP                              AKERMAN LLP

4  */s/David T. Gluth*                            */s/Donna M. Wittig*
   ROBERT S. LARSEN, ESQ.                         ARIEL E. STERN, ESQ.
5  Nevada Bar No. 7785                            Nevada Bar No. 8276
   DAVID T. GLUTH, ESQ.                           DONNA M. WITTIG, ESQ.
6  Nevada Bar No. 10596                           Nevada Bar No. 11015
   3770 Howard Hughes Parkway, Suite 100          1160 Town Center Drive, Suite 330
7  Las Vegas, Nevada  89169                       Las Vegas, NV  89144

8  *Attorneys for Amber Hills II Homeowners'*     *Attorneys for Plaintiff Nationstar Mortgage,*
   *Association*                                  *LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2015

-2-