ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:15-cv-01433-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NATIONSTAR MORTGAGE LLC TO FILE RESPONSE TO AMBER HILLS II HOMEOWNERS' ASSOCIATION MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED between Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its attorneys of record, Ariel E. Stern, Esq. and Donna M. Wittig, Esq., and Defendant Amber Hills II Homeowners' Association (**HOA**), by and through its attorney of record Robert S. Larsen, Esq. and David T. Gluth, Esq. to extend the deadline for Nationstar to file its response to Motion to Dismiss [Dkt. 12] to **September 28, 2015**. An extension is necessary to allow Nationstar sufficient time to review the motion and appropriately respond. HOA has no objection to the extension.

{36180444;1}

1  This is the parties' first request for an extension and it is not being submitted for the purpose
2  of causing any delay or undue prejudice to any party.

3  DATED: September 18th, 2015.    DATED: September 18th, 2015.

**GORDON & REES LLP**    **AKERMAN LLP**

BY: /s/ *David T. Gluth, Esq.*    By: /s/ *Donna M. Wittig, Esq.*
ROBERT S. LARSEN, ESQ.    ARIEL E. STERN, ESQ.
Nevada Bar No. 7785    Nevada Bar No. 8276
DAVID T. GLUTH, ESQ.    DONNA M. WITTIG, ESQ.
Nevada Bar No. 10596    Nevada Bar No. 11015
3770 Howard Hughes Pkwy, Suite 100    1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89169    Las Vegas, Nevada 89144

*Attorney for Amber Hills II Homeowners'*    *Attorney for Plaintiff*
*Association, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 21, 2015

{36180444;1}                    2