ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
Email:  rlarsen@gordonrees.com
          dgluth@gordonrees.com

*Attorneys for Amber Hills II Homeowners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | CASE NO.:   2:15-cv-01433-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR AMBER HILLS II HOMEOWNERS' ASSOCIATION TO FILE REPLY BRIEF IS SUPPORT OF ITS MOTION TO DISMISS [Doc. 12]**<br><br>**(First Request)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Nationstar Mortgage, LLC ("Nationstar"), and Defendant Amber Hills II Homeowners' Association ("Amber Hills"), by and through their respective attorneys of record, agree and stipulated to extend the deadline for Amber Hills to file its Reply in Support of Its Motion to Dismiss [Doc. 12] to **October 15, 2015**.  An extension is necessary to allow Amber Hills to sufficiently respond to Nationstar's Opposition.  Nationstar has no objection to the extension.

-1-

1  The is the first request related to the Reply and the one week extension is not being
2  submitted for the purpose of delay or causing undue prejudice to any party.

3  DATED:  October  8th, 2015.                    DATED:  October  8th, 2015.

4  GORDON & REES LLP                              AKERMAN LLP

5  */s/David T. Gluth*                            */s/ Donna M. Wittig*
   ROBERT S. LARSEN, ESQ.                         ARIEL E. STERN, ESQ.
6  Nevada Bar No. 7785                            Nevada Bar No. 8276
   DAVID T. GLUTH, ESQ.                           DONNA M. WITTIG, ESQ.
7  Nevada Bar No. 10596                           Nevada Bar No. 11015
   3770 Howard Hughes Parkway, Suite 100          1160 Town Center Drive, Suite 330
8  Las Vegas, Nevada  89169                       Las Vegas, NV  89144

9  *Attorneys for Amber Hills II Homeowners'*     *Attorneys for Plaintiff Nationstar Mortgage,*
   *Association*                                  *LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 8, 2015

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada  89169

1109900/25309012v.1

-2-