ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>                              Plaintiff,<br>vs.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No.: 2:15-cv-01433-APG-CWH<br><br>STIPULATION AND **ORDER** TO EXTEND DEADLINE FOR NATIONSTAR MORTGAGE, LLC TO FILE REPLY TO RESPONSE TO COUNTERMOTION FOR SUMMARY JUDGMENT<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its undersigned counsel of record, and Defendant Amber Hills II Homeowners' Association, Inc. (**HOA**), by and through its undersigned counsel of record, to extend the deadline for Nationstar to file its reply to HOA's response [Dkt. 23] to Nationstar's countermotion for summary judgment [Dkt. 18] five days, up to and including **Friday, November 13, 2015**.  An extension is requested to allow Nationstar sufficient time to review the already-draft reply provided to it by counsel.  HOA has no objection to the extension.

/ /

/ /

{36574186;1}

This is Nationstar's first request for an extension[1] and it is not being submitted for the purpose of delay or undue prejudice to any party.

DATED: November 9, 2015.

| GORDON & REES LLP | AKERMAN LLP |
|---|---|
| BY: /s/ David T. Gluth | By: /s/ Donna M. Wittig |
| ROBERT S. LARSEN, ESQ. | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 7785 | Nevada Bar No. 8276 |
| DAVID T. GLUTH, ESQ. | DONNA M. WITTIG, ESQ. |
| Nevada Bar No. 10596 | Nevada Bar No. 11015 |
| 3770 Howard Hughes Pkwy, Suite 100 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89144 |
| *Attorney for Amber Hills II Homeowners' Association, Inc.* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 10, 2015

---
[1] Counsel for Nationstar previously requested, and was granted, an extension to file its response to HOA's motion to dismiss. *See* Dkt. 16.

{36574186;1}                            2