ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  brett.coombs@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.:  2:15-cv-01433-APG-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP.  Nationstar requests that Ms. Wittig be removed from the Court's CM/ECF service list.

. . .

. . .

. . .

. . .

. . .

. . .

{39507300;1}

1

1  Akerman LLP will continue to represent Nationstar and requests that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

DATED this 13th day of September, 2016.

**AKERMAN LLP**

*/s/ Brett M. Coombs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Brett M. Coombs, Esq.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 14, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39507300;1}   2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 13th day of September, 2016, and pursuant to FRCP 5, I caused to be served via the CM/ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, to the following:

Robert S. Larsen, Esq.
David T. Gluth, II, Esq.
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Email:  rlarsen@gordonrees.com
Email:  dgluth@gordonrees.com

*Attorney for Amber Hills II Homeowners' Association, Inc.*

  */s/ Josephine Washenko*
  An employee of AKERMAN LLP

{39507300;1}    3