# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | Case No.: 2:15-cv-01433-APG-DJA |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| AMBER HILLS II HOMEOWNERS' ASSOCIATION, INC., | |
| Defendant | |

On May 12, 2020, the parties advised the court that they had reached a settlement in this case. Three months have passed but the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by August 28, 2020, the parties shall file either a stipulation of dismissal or a status report. The failure to do so will result in dismissal of this case without further notice.

DATED this 13th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE